IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| ACKARD AUTOMOTIVE, INC. on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., CHAMPION LABORATORIES, INC., PUROLATOR FILTERS N.A. L.L.C., WIX FILTRATION PRODUCTS, CUMMINS FILTRATION INC., THE DONALDSON COMPANY, BALDWIN FILTERS INC., BOSCH U.S.A., MANN + HUMMEL U.S.A., INC., ARVINMERITOR, INC., UNITED COMPONENTS, INC., THE CARLYLE GROUP, and DOES 1 – 20, inclusive, | No. 08 C 1950<br><br>Judge Kennelly |

### NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41

Plaintiff Packard Automotive, Inc., pursuant to FED.R.CIV.P. 41, dismisses this action without prejudice.

Dated: April 10, 2008

Respectfully submitted,

By: _____
Thomas M. Ryan
LAW OFFICES OF
THOMAS M. RYAN, P.C.
250 N. Michigan Ave.
Suite 2560
Chicago, IL 60601
Telephone: (312) 726-3400
Facsimile: (312) 233-1560

- 2 -

Guri Ademi
Shpetim Ademi
David Syrios
ADEMI & O'REILLY, LLP
3620 E. Layton
Cudahy, WI 53110
Telephone: (414) 482-8000
Facsimile: (414) 482-8001